# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 16, 2014

Robert P. Young, Jr.,
Chief Justice

149494(57)

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

MAKENZIE GREER, a Minor, KENNETH
GREER, Individually and as Conservator, and
ELIZABETH GREER,
   Plaintiffs-Appellees/
   Cross-Appellants,

v

SC: 149494
COA: 312655
Kent CC: 10-009033-NH

ADVANTAGE HEALTH and ANITA R.
AVERY, M.D.,
   Defendants-Appellants/
   Cross-Appellees,

and

TRINITY HEALTH MICHIGAN, d/b/a
ST. MARY'S HOSPITAL and KRISTINA
MIXER, M.D.,
   Defendants.
_____/

  On order of the Chief Justice, the motion of the Michigan State Medical Society to participate as amicus curiae pursuant to MCR 7.306(D)(1) is GRANTED.



  I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 16, 2014

